UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID CARR, | No. 2:24-cv-01680 AC |
| Plaintiff, | |
| v. | ORDER |
| DANIEL E. CUEVA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, filed a civil rights action pursuant to 42 U.S.C. § 1983. However, plaintiff did not sign the complaint. It appears to the court that this defect may have been caused because only pages one and three of the complaint were electronically submitted by the prison where plaintiff is confined. See ECF No. 1-1 (Civil Cover Sheet for E-Filing From CDCR Only).

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Plaintiff has not properly commenced this action until a signed complaint has been submitted to the court. Thus, the court is unable to consider plaintiff's complaint at this juncture. Furthermore, the court will take no action on plaintiff's motion for a preliminary injunction that was constructively filed on August 14, 2024 until a signed complaint has been filed in this case.

1

1   Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this
2 order, plaintiff shall re-file a <u>signed</u> complaint.  Plaintiff's failure to comply with this order will
3 result in a recommendation that this action be dismissed.
4 DATED: August 23, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE