1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL DAVID CARR,                        No.  2:24-cv-1680 AC P

12                  Plaintiff,

13        v.                                 ORDER

14   DANIEL E. CUEVA, et al.,

15                  Defendants.

16

17        Plaintiff filed a motion for extension of time to file the notice of election.  Good cause

18   appearing, IT IS HEREBY ORDERED that:

19        1.  Plaintiff's motion for an extension of time (ECF No. 15) is granted; and

20        2.  Plaintiff is granted until December 2, 2024, in which to file the notice of election.

21   DATED: October 28, 2024

22

23                                           ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28