UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID CARR, | No. 2:24-cv-1680 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| DANIEL E. CUEVA, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: December 23, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1