UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID CARR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL E. CUEVA, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-1680 DJC AC P<br><br><br>ORDER |

　　　　Plaintiff has filed his second request for an extension of time, ECF No. 23, to file an amended complaint pursuant to the court's December 6, 2024, order.  ECF Nos. 18-20.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

　　　　IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time (ECF No. 23) is granted; and

　　　　2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.  No further extensions of time will be granted.

DATED: January 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE