UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID CARR,<br><br>    Plaintiff,<br><br>    v.<br><br>CUEVA, et al.,<br><br>    Defendants. | No. 2:24-cv-1680 DJC AC P<br><br>ORDER |

    On October 2, 2025, the undersigned issued both an order screening the Third Amended Complaint ("TAC") and findings and recommendations on plaintiff's third motion for a temporary restraining order or preliminary injunction. ECF Nos. 44, 45. Plaintiff filed objections to the findings and recommendations, ECF No. 46, which remain pending before the district judge. Plaintiff has now filed a motion for a stay, which seeks to suspend the filing of his Notice of Election until the court responds to his objections. ECF Nos. 46, 48.

    The undersigned construes plaintiff's motion for a stay as a motion for an extension of time to file the Notice of Election and will grant the motion.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for a stay (ECF No. 48) is construed as a motion for an extension of time and as such is GRANTED; and

    2. Within twenty-one days from the date of the district judge's order resolving plaintiff's

1

objections and ruling on the magistrate judge's findings and recommendations (ECF No. 45), plaintiff shall complete and return the Notice of Election notifying the court whether he wants to proceed on the TAC as screened or file a Fourth Amended Complaint.

DATED: October 27, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2